FILED

AR 01 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BOJORQUEZ,<br><br>Defendant. | Case No.: **1:19-cr-00256-JLT-SKO**<br><br>[~~Proposed~~] <u>ORDER</u> |

This matter, having come before the Court on Defendant's Motion for Temporary Release and Transport, and for good cause shown, **IT IS HEREBY ORDERED**:

The detention orders previously entered in this case on December 10, 2019, are modified as follows:

1. Defendant Bojorquez is granted modification to his conditions of release to travel to and to attend his mother's funeral as soon as this motion is granted;

   a) Defendant Bojorquez's conditions of release are modified to allow him to travel to La Curva de Palos Blancos in Guasave, Mexico on March 1, 2022. Mr. Bojorquez's niece Annette Martinez will travel with him to and from the service, and he will reunite with his sister Maria Del Rosario Bojorquez De Martinez who is his current third party custodian;

2. Defendant Bojorquez is ordered to return home and report to Pretrial Services no later than March 6, 2022.

3. Defendant Bojorquez is ordered to continue to be supervised via ankle monitor by the United States; and,

4. Defendant Bojorquez is ordered to follow all other terms and conditions of his Conditions of Release imposed by this Court and the United States Pretrial Services Office.

Dated: 3/1/22                                   _____
                                                  Unites States District Court Judge