**ROGER D. WILSON SBN: 192207**
**LAW OFFICE OF ROGER D. WILSON**
2300 Tulare Street, Suite 115
Fresno, California 93721
Telephone: (559) 233-4100
Facsimile: (559) 746-7200
roger@wilson-law.com

Attorney for Defendant, JOSE BOJORQUEZ,

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE BOJORQUEZ,<br><br>Defendant. | Case No.: **1:19-cr-00256-JLT-SKO**<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER.** |

    Defendant JOSE BOJORQUEZ, by and through his counsel of record, ROGER D. WILSON, and Plaintiff United States of America, by and through its counsel of record JEFFREY SPIVAK, Assistant U.S. Attorney, hereby stipulates to the following modification of conditions of release:

    1.    By previous order on December 10, 2019, Mr. BOJORQUEZ was ordered released on his own recognizance subject to Location Monitoring and a $150,000 property bond, under the strict conditions imposed by the United States Pretrial Services Office. For over 27 months, Mr. BOJORQUEZ has not had any violations of the programs restrictions.

    2.    In or around May 2021, the Court suspended Mr. BOJORQUEZ's substance abuse counseling. Mr. BOJORQUEZ has continued to have negative results through his substance testing.

3. On March 14, 2022, Pretrial Services contacted Mr. BOJORQUEZ's counsel to advise of Mr. BOJORQUEZ's compliance and agreed Mr. BOJORQUEZ is a good candidate for removal from his Location Monitoring Program.

4. Therefore, it is stipulated that the requirement that Mr. BOJORQUEZ submit to Location Monitoring be vacated

5. All other terms and conditions of release remain in full force and effect.

6. Pretrial Services officer has been advised and approves this modification.

IT IS SO STIPULATED.

DATED:    March 16, 2022            /s/ Jeffrey Spivak
                                    JEFFREY SPIVAK
                                    Assistant United States Attorney

DATED:    March 16, 2022            /s/ Roger D. Wilson
                                    ROGER D. WILSON
                                    Attorney for Jose Bojorquez

--o0o--

**O R D E R**

IT IS SO FOUND AND ORDERED that the above Stipulation Modifying Conditions of Release is hereby approved and the modification set forth in paragraph Four (4) of the Stipulation is adopted as a finding by the Court.

IT IS SO ORDERED.

Dated:    **March 16, 2022**            _____
                                        UNITED STATES MAGISTRATE JUDGE